**No. 10-11268. Ramon Gonzalez, Petitioner v. Jerome W. Walsh, Superintendent, State Correctional Institution at Dallas, et al.**

565 U.S. 876, 132 S. Ct. 236, 181 L. Ed. 2d 134, 2011 U.S. LEXIS 6764.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-11269. Kenneth Hickman-Bey, Petitioner v. Texas Department of Criminal Justice, et al.**

565 U.S. 876, 132 S. Ct. 237, 181 L. Ed. 2d 134, 2011 U.S. LEXIS 6589.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, First District, denied.

**No. 10-11270. Lonnell Haywood, Petitioner v. Raymond Booker, Warden.**

565 U.S. 876, 132 S. Ct. 237, 181 L. Ed. 2d 134, 2011 U.S. LEXIS 6899.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-11272. Paul C., Sr., Petitioner v. Nebraska.**

565 U.S. 876, 132 S. Ct. 237, 181 L. Ed. 2d 134, 2011 U.S. LEXIS 6503.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Nebraska denied.

**No. 10-11273. Alison Levon Boyd, Petitioner v. United States.**

565 U.S. 876, 132 S. Ct. 237, 181 L. Ed. 2d 134, 2011 U.S. LEXIS 6920.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 429 Fed. Appx. 233.

**No. 10-11274. Fabian Verdugo, Petitioner v. United States.**

565 U.S. 876, 132 S. Ct. 237, 181 L. Ed. 2d 134, 2011 U.S. LEXIS 6663.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-11276. Roy Hunt, Jr., Petitioner v. Sandhir, M.D., et al.**

565 U.S. 876, 132 S. Ct. 237, 181 L. Ed. 2d 134, 2011 U.S. LEXIS 6525.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 364 Fed. Appx. 811.

**No. 10-11277. Theron Kenneth Holston, Petitioner v. California.**

565 U.S. 876, 132 S. Ct. 238, 181 L. Ed. 2d 134, 2011 U.S. LEXIS 6886.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.